Judge Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | )  NO.  CR15-241 |
| Plaintiff, | ) |
| | ) |
| vs. | )  ORDER GRANTING UNOPPOSED |
| | )  MOTION TO CONTINUE TRIAL |
| ANTONIO LAMAR PERRYMAN, | )  DATE AND PRETRIAL MOTIONS |
| | )  DUE DATE |
| Defendant. | ) |
| | ) |
| | ) |

THE COURT having considered the unopposed joint motion of the parties to continue the trial date and extend the due date of the pretrial motions, and the records and files herein, hereby makes the following findings:

1.      Defendant's current counsel took on this case on July 29, 2015, taking the place of defendant's prior counsel.  Therefore, the Court finds that a failure to grant the requested continuance would deny defendant's current counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv).

2.      The Court further finds that the ends of justice will be served by ordering a continuance in this case and that a continuance is necessary to ensure effective trial preparation and that these factors outweigh the best interests of the defendant and the public in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(7)(A).

1       IT IS THEREFORE ORDERED that Defendant's unopposed motion is

2   GRANTED.  The trial date in this matter is continued from September 21, 2015, to

3   January 11, 2016, at 9:00 a.m.  All pretrial motions, including motions in limine, shall

4   be filed no later than November 20, 2015.

5       IT IS FURTHER ORDERED that the period of time from the current trial date

6   of September 21, 2015, until the new trial date of January 11, 2016, shall be excludable

7   time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, *et seq*.

8
9       DATED this 18th day of August, 2015.

10
11                                          *Mñr S Casnik*

12                                          Robert S. Lasnik
                                            United States District Judge

13
14   Presented by:

15
16   *s/  Jesse G. Cantor*

17   Jesse G. Cantor
     Attorney for Antonio Perryman

18
19
20
21
22
23
24
25
26

ORDER GRANTING UNOPPOSED MOTION TO                      **FEDERAL PUBLIC DEFENDER**
CONTINUE TRIAL DATE AND PTMs DUE                        **1601 Fifth Avenue, Suite 700**
DATE - 2                                                **Seattle, Washington 98101**
*United States v. Perryman* / CR15-241RSL               **(206) 553-1100**