The Hon. Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR15-241-RSL |
| Plaintiff | ORDER |
| v. | {PROPOSED} |
| ANTONIO LAMAR PERRYMAN, | |
| Defendant. | |

The United States of America has moved to quash a summons and strike an initial appearance in this matter, and good cause having been shown,

IT IS HEREBY ORDERED that the summons for the defendant's appearance (Dkt. 70) in this matter is quashed and the hearing scheduled for August 22, 2017, is stricken,

Dated this 16ᵗ day of August, 2017.

_____
ROBERT S. LASNIK
U.S. DISTRICT JUDGE

Presented By:

_____
STEPHEN HOBBS
Assistant United States Attorney

*United States v. Perryman*, CR14-241-RSL
ORDER - 1