The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> ANTONIO LAMAR PERRYMAN, <br> Defendant. | NO. CR15-241 RSL <br><br> **GOVERNMENT'S MOTION TO DISMISS INDICTMENT PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 48(a)** <br><br> NOTING DATE: December 13, 2017 |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of the Court endorsed hereon, the United States Attorney for the Western District of Washington, hereby dismisses the Indictment in this case charging Antonio Lamar Perryman with *Felon in Possession of a Firearm*, in violation of 18 U.S.C. §922(g)(1). The United States is dismissing this Indictment in light of the decision in *United States v.*

//
//
//
//

Motion to Dismiss - 1
*United States v. Perryman*, CR15-241 RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1 | *Perryman*, No.16-30144 (9th Cir. Nov. 16, 2017), reversing the denial of Perryman's
2 | motion to suppress.

DATED this 13th day of December, 2017.

Respectfully submitted,

ANNETTE L. HAYES
United States Attorney

/s/ Stephen Hobbs
STEPHEN HOBBS
Assistant United States Attorney
United States Attorney's Office
700 Stewart, Suite 5220
Seattle, Washington 98101
Phone: (206) 553-4301
Fax: (206) 553-0755
E-mail: stephen.p.hobbs@usdoj.gov

Leave of the Court is granted for the filing of the foregoing dismissal without prejudice.

DATED this ___ day of December, 2017

ROBERT S. LASNIK
United States District Judge

Motion to Dismiss - 2
*United States v. Perryman*, CR15-241 RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970